Pecolia DIGGS, Appellant,

v.

OSCEOLA, CITY OF, Appellee.

No. 07–1702.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2008.

Filed: March 26, 2008.

Pecolia Diggs, Luxora, AR, pro se.

David Clifford Sward, North Little Rock, AR, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Pecolia Diggs, an African American formerly employed by the City of Osceola police department, appeals the district court's[1] adverse grant of summary judgment in her Title VII action against the City, alleging racially motivated disparate treatment and retaliatory termination. Having carefully reviewed the record and considered Diggs's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). We also conclude there is no merit in Diggs's argument that the district court improperly coerced her into amending her complaint to substitute the City for the police department as defendant, because the police department was not amenable to suit. *See Ketchum v. City of West Memphis*, 974 F.2d 81, 82 (8th Cir.1992) (police department was simply subdivision of city government and not juridical entity suable as such).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.